UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NYCOCA C. HAIRSTON, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:22-cv-00111 |
| | ) | |
| v. | ) | Judge Aleta A. Trauger |
| | ) | Magistrate Judge Alistair E. Newbern |
| CHRISTINE WORMUTH, | ) | |
| Secretary of the Army, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL

Valerie M. Stoneback notifies the Court pursuant to Local Rule 83.01(g) that she is withdrawing as counsel for Defendant Jonathan Skrmetti because she has accepted employment outside the Office of the Tennessee Attorney General and Reporter. Carolyn U. Smith, Deputy Attorney General, will remain as counsel on behalf of Defendant.

Respectfully Submitted,

**JONATHAN SKRMETTI**
**ATTORNEY GENERAL AND REPORTER**

*s/ Valerie M. Stoneback*
Valerie Stoneback, BPR No. 040383
Assistant Attorney General
Education and Employment Division
P.O. Box 20207, Nashville, Tennessee 37202
615-741-7932
Valerie.Stoneback@ag.tn.gov

1

## CERTIFICATE OF SERVICE

  I hereby certify that a true and exact copy of the foregoing Notice of Withdrawal was filed electronically and served through the ECF system on this 15th day of February, 2024, to:

Darrell J. O'Neal, BPR # 20927
Law Office of Darrell J. O'Neal
2129 Winchester Road
Memphis, Tennessee 38116
901-345-8009
domemphislaw@darrelloneal.com

*Attorney for Plaintiff*

Parties may access this filing through the Court's electronic filing system.

*s/ Valerie M. Stoneback*
Valerie M. Stoneback
